Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| Steve Alfino, et al <br><br> **PLAINTIFF(S)** <br> v. <br> Quality Loan Service Corp., Trustee in Foreclosure <br><br> **DEFENDANT(S).** | CASE NUMBER <br><br> 5:11-cv-01034-VAP <br><br><br> **ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by Counsel for the parties that the above-entitled action has been settled. However, to date, counsel have:
☐ failed to file the appropriate stipulation for dismissal, or
☐ failed to respond to the Order to Show Cause Re: Dismissal of Action by reason of:

☒ Other:

See Plaintiff's "Notice of Dismissal," (ECF 98) of action in its entirety. (the one remaining party defendant in this action is Quality Loan Service Corporation Trustee in Foreclosure. No Answer on file.)

IT IS THEREFORE ORDERED that this action is hereby dismissed.

IT IS FURTHER ORDERED that this Order is a final judgment for purposes of Rule 54(a), F.R.Cv.P. It shall be entered pursuant to Rule 58, F.R.Cv.P., and served upon the parties.

Clerk, U. S. District Court

May 31, 2012                             By  Jim Holmes, Relief CRD
Date                                         Deputy Clerk

CV-85 (07/97)                     **ORDER DISMISSING CIVIL ACTION**